UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

James Johnson

                             Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-       ( ) ( )

Defendant __James Johnson_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_James Johnson_ AM
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

James Johnson
_____
Print Defendant's Name

_Annalisa Miron_
_____
Defendant's Counsel's Signature

Annalisa Miron
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

October 21, 2020
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge